UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7513**

———————

VAN PRINCE WELCH,

Plaintiff - Appellant,

versus

UNKNOWN NURSE; UNKNOWN SHERIFF,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, District Judge.  (CA-95-189-5-BR)

———————

Submitted:  January 16, 1996        Decided:  January 29, 1996

———————

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Van Prince Welch, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his 42 U.S.C. § 1983 (1988) complaint as frivolous under 28 U.S.C. § 1915(d) (1988). We have reviewed the record and the district court's opinion for an abuse of discretion and find no reversible error. Accordingly, we affirm the district court's dismissal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2